**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Damond NELSON, Defendant–
Appellant.**

No. 01–50728.

D.C. No. CR–01–00053–RT–1.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 19, 2003.

Before PREGERSON, REINHARDT,
and GRABER, Circuit Judges.

MEMORANDUM**

Damond Nelson appeals his twelve-month and one-day sentence imposed following his guilty-plea conviction for escape from custody, in violation of 18 U.S.C. § 751(a). Nelson's counsel filed a motion to withdraw as counsel of record and a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Nelson did not file a pro se supplemental brief, and the government has not filed an answering brief.

Based upon our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that Nelson was sentenced within the terms of his plea agreement and has knowingly and voluntarily waived his right to appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182–83 (9th Cir.2000); *United States v. Martinez,* 143 F.3d 1266, 1270–72 (9th Cir.1998). We therefore lack jurisdiction over this appeal. *See United States v. Vences,* 169 F.3d 611, 613 (9th Cir.1999).

Accordingly, counsel's motion to withdraw as counsel of record is **GRANTED,** and this appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

